AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

**JUDGMENT OF ACQUITTAL**

V.

**CHRISTOPHER COURNELIUS BROWN**

CASE NUMBER:  **5:24-cr-00059-MTT-CHW-3**

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

S/Marc T. Treadwell
_____
Signature of Judge

MARC T. TREADWELL, UNITED STATES DISTRICT JUDGE
_____
Name and Title of Judge

July 20, 2026
_____
Date